UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

        -v.-

PAMELA JO BONDI,

                Defendant.

25 Civ. 3052 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff Michael Buxbaum, who is appearing *pro se*, brought this action against Defendant Pamela Jo Bondi, alleging that he "was unlawfully injected with a virus from a United States Federal Agent upon the order of Defendant … on approximately March 20, 2025." (Dkt. #1 at 6). On May 5, 2025, the Court dismissed the action because it determined that Plaintiff's claims are frivolous.

    On May 6, 2025, Plaintiff filed a motion for an order directing Pamela Jo Bondi to make a payment to him in the amount of $1,260,000. (Dkt. #12). Plaintiff then requested issuance of a summons as to Pamela Jo Bondi. (Dkt. #10, 14). On May 18, 2025, Plaintiff filed an affidavit, which repeated the allegation that he was injected with a federal virus. (Dkt. #15). For the same reasons stated in the Court's May 5, 2025 Order dismissing this case, the Court dismisses the motion filed at docket entry 12, and denies the request for issuance of a summons.

    The Clerk of Court is directed to terminate the pending motion at docket entry 12.

    SO ORDERED.

2

Dated: May 21, 2025
       New York, New York

                                        _____
                                            KATHERINE POLK FAILLA
                                         United States District Judge